IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PAUL J. BLUNDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:03CV998 |
| ) | |
| WAKE FOREST UNIVERSITY ) | |
| BAPTIST MEDICAL CENTER, ) | |
| UNIVERSITY OF NORTH CAROLINA) | |
| AT GREENSBORO, ) | |
| SANDRA OUELLETTE, Director of ) | |
| Nurse Anesthesia Program, JOHN DOES,) | |
| and JANE, 1 through 5, and NURSE ) | |
| ANESTHESIA PROGRAM, ) | |
| ) | |
| Defendants. ) | |

## ORDER AND JUDGMENT

BEATY, District Judge.

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith,

IT IS HEREBY ORDERED THAT Defendants' Motions to Strike [Documents #71, #72] Plaintiff's Amended Complaint [Document #70] are GRANTED and the Clerk of Court is instructed to STRIKE this Document from the Record. Plaintiff's Motion to Toll and Provide Equitable Relief [Document #50] is DENIED. Plaintiff's Motion to Allow Plaintiff to Resubmit Oppositions [Document #101] is GRANTED. Defendants' Motions to Strike [Documents #94, #96] Plaintiff's audio recordings and transcript of such recordings, Plaintiff's addendum to his Deposition, and other hearsay served with Plaintiff's Response to the Motions for Summary

Judgment are GRANTED and the Clerk of Court is instructed to STRIKE these Documents from the Record.

IT IS FURTHER ORDERED THAT Defendant UNC-G's Motion to Dismiss in Part [Document #48] is GRANTED. Defendant Wake Forest's Motion for Partial Judgment on the Pleadings [Document #62] is DENIED. However, Defendants' Motions for Summary Judgment [Documents #80, #89] are GRANTED. This case is therefore DISMISSED WITH PREJUDICE in its entirety.

This, the 15th day of March, 2006.

United States District Judge